UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JOHNSON & JOHNSON CONSUMER :
COMPANIES, INC., :
 :
        Plaintiff, : **ORDER ADOPTING REPORT**
 : **AND RECOMMENDATION**
    -against- : 02-CV-6624 (DLI) (RLM)
 :
HARRY AINI, et al., :
 :
        Defendants. :
------------------------------------------------------------x

**DORA L. IRIZARRY, United States District Judge:**

It appears that no objections have been filed to the Report and Recommendation of the Honorable Roanne L. Mann, U.S.M.J., dated May 12, 2008; and

Upon due consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that the inquest on damages be deferred until trial or until the case has otherwise been resolved as against the remaining defendants, to avoid inconsistent damages determinations; and

DATED:    Brooklyn, New York
             June 2, 2008

                                              /s/
                                        DORA L. IRIZARRY
                                    United States District Judge